JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIR SAIED KASHANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK AS TRUSTEE FOR THE GSR MORTGAGE LOAN TRUST 2005-AR6,<br><br>Defendant. | Case No. CV 20-6270 FMO (KSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is **dismissed with prejudice** as to plaintiff's individual claim, and **without prejudice as to the class claim**. The parties shall bear their own fees and costs.

Dated this 14th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge